UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAELA PAULY,

    Plaintiff,

-vs-

SOUTH HAVEN, CITY OF and
NATALIE THOMPSON,

    Defendants.

_____/

Case No. 1:22-cv-307

HON: JANE M. BECKERING

| | |
|---|---|
| MARK S. WILKINSON (P68765)<br>Attorney for Plaintiff<br>Paladin Employment Law PLLC<br>5955 West Main Street<br>Kalamazoo, MI 49009<br>(269) 978-2474<br>mark@paladinemploymentlaw.com | LAURA S. AMTSBUECHLER (P36972)<br>MELANIE M. HESANO (P82519)<br>MICHAEL T. BERGER (P77143)<br>HEATHER E. SUMNER (P77553)<br>Rosati Schultz Joppich & Amtsbuechler PC<br>27555 Executive Drive, Suite 250<br>Farmington Hills, MI 48331<br>(248) 489-4100<br>Attorneys for Defendants<br>lamtsbuechler@rsjalaw.com<br>mhesano@rsjalaw.com<br>mberger@rsjalaw.com |

_____/

**STIPULATED ORDER OF DISMISSAL**

    This matter, having come before the Court on the stipulation of the parties, and the Court being fully advised:

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice and without costs, interest, or attorney fees as to any party.

This is a final Order of the Court which resolves all pending claims and closes the file.

IT IS HEREBY ORDERED.

Dated: September 16, 2022 　　　　　　　　　　　/s/ Jane M. Beckering
　　　　　　　　　　　　　　　　　　　　　　　Hon. Jane M. Beckering

Stipulated and Agreed to by:

| *PALADIN EMPLOYMENT LAW, PLLC* | ROSATI SCHULTZ, JOPPICH & AMTSBUECHLER, PC |
|---|---|
| By: /s/*Mark S. Wilkinson (w/consent)*<br>　Mark S. Wilkinson (P68765)<br>　Attorney for Plaintiff | By: /s/ *Laura S. Amtsbuechler*<br>　Laura S. Amtsbuechler (P36972)<br>　Attorneys for Defendants |
| Dated:  September 15, 2022 | Dated:  September 15, 2022 |